FILED 14 NOV '24 10:24 USDC-ORP

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MARION

MARK J. FOX            )    Case No. 6:24-CV-1901 AN
SID # 10045066         )
                       )
                       )
                       )
V. MCSO                )
DEP. KITTLESON         )
DEP. SPHOON            )
MARION COUNTY SHERIFFS )
OFFICE                 )
K-9 BIFF               )

Police Brutality, Excessive Force, Mauling By Biff, K-9

Excessive Force Issue:
Officer Kittleson inflicted a major torn labrum on my right shoulder by twisting my arm back excessively, meanwhile the K-9 Biff had bitten my left bicept and ripped my artery also bit my hip and left leg 3 bites, but really is many more (see photos) Here is the brutality: Deputy Sphoon was hitting me with handcuffs all over my body in her hand. The back of my head, ribs and testicles, then grabbed and squeezed where Biff had bitten me, then shoved her knee into my dog bite, I wasn't resisting at all - as the officers had claimed - They had me in cuffs on my right hand and my left hand was stuck in my flannel shirt from the K-9 tear in my flannel shirt! I had to have a piece of vein cut out of my femur to replace the artery in my arm - Nerve damage in left arm from dog bites + tear

Name: MARK J. FOX
SID# 10045066
LEGAL/OFFICIAL MAIL ONLY
Marion County Sheriff's Office-Jail
4000 Aumsville Hwy SE
Salem, OR 97317

PORTLAND OR RPDC 972
12 NOV 2024 PM 1 L

U.S. DISTRICT COURT HOUSE #740
c/o CLERK OF THE COURT
1000 S.W. THIRD AVE.
PORTLAND, OR. 97204-2902

97204-293790